USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

December 2, 2019

Ken H. Maeng, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: kmaeng@hanglaw.com

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Lopez v. Little Mexico Wholesale Inc. et al*
                  Case No. 1:19-cv-06882-AT

Dear Judge Torres:

    This office represents Defendants in the above-referenced matter. The parties have entered into a **Stipulation Extending Time to Answer the Complaint**. A copy of the signed stipulation is attached herein. This request is being made because the undersigned has been recently retained to represent the Defendants in this matter and needs additional time to assess and respond to Plaintiff's complaint.

    Defendants also respectfully request that the Court adjourn the initial pretrial conference presently scheduled for December 10, 2019 until after Defendants file a responsive pleading to Plaintiff's complaint. There has been one previous request to adjourn the initial pretrial conference, which was granted in part by Your Honor. Counsel for Plaintiff has consented to this request.

    We thank the Court for its time and attention to this matter.

                                    Respectfully Submitted,
                                    Hang & Associates, PLLC

                                    By:__/s/_____

                                    Ken H. Maeng, Esq.
                                    *Attorneys for Defendants*

cc: All counsel of record (via ECF)

Attach.


GRANTED. By **January 2, 2020**, Defendants shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for December 10, 2019, is ADJOURNED to **January 21, 2020**, at **12:00 p.m.** By **January 14, 2020**, the parties shall file their joint letter and case management plan.

SO ORDERED.

Dated: December 3, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge