UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAZARO LOPEZ,

                Plaintiff,

-against-

LITTLE MEXICO WHOLESALE INC.,
ALMACENES MEXICANOS NY CORP.,
JOSEFINA AGUIRRE, ALEJANDRO ORTIZ,
BARTOLOME AGUIRRE (a/k/a Oscar Aguirre)
and ELPIDIO RAMIREZ,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2020

19 Civ. 6882 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In light of Magistrate Judge Cott's Order extending the discovery deadline to November 13, 2020, ECF No. 72, the case management conference scheduled for October 20, 2020, is ADJOURNED to **December 3, 2020**, at **11:00 a.m.** The conference will proceed telephonically. The parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **November 24, 2020**, the parties shall file a joint status letter.

      SO ORDERED.

Dated: October 14, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge