UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAZARO LOPEZ,

                Plaintiff,

-against-

LITTLE MEXICO WHOLESALE INC.,
ALMACENES MEXICANOS NY CORP.,
JOSEFINA AGUIRRE, ALEJANDRO ORTIZ,
BARTOLOME AGUIRRE (a/k/a Oscar Aguirre)
and ELPIDIO RAMIREZ,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2020

19 Civ. 6882 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the parties' settlement in principle, ECF No. 76, the case management conference scheduled for December 3, 2020, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: November 24, 2020
       New York, New York

                                          ANALISA TORRES
                                United States District Judge